THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR18-0283-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| MADDAWALAABUU HUSSEIN DADI, a/k/a MADDA DADI | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion regarding a briefing schedule for Defendant's motion for compassionate release (Dkt. No. 58). Having thoroughly considered the motion and the relevant record, the Court hereby GRANTS the motion and ORDERS as follows:

1. Defendant must file an amended motion for compassionate release no later than August 27, 2020, with a noting date of September 11, 2020;

2. The Government's response to the motion must be filed no later than September 8, 2020;

3. Defendant's reply must be filed no later than September 11, 2020; and

//

1 | DATED this 11th day of August 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk